# EXHIBIT C

# Anthem Biosciences

## Company Information

- Contact Person:MIthun JOhn
- Department:Select Department
- Job Title:0
- Telephone:**+91  9243555512**
- Business Type:2
- Year Established:2006
- Number Of Employees:100+
- Certificates:US FDA , GMP , Halal
- Main Products:Ubiquinol Acetate,  Valgancyclovir, PQQ,
- Main Markets:USA, Japan , Europe , Latin America , South East A
- Location:Bangalore , India

1



# Indian Export/US import Data

Indian import/export statistics : Export (Jan-Dec 2019)  approximately 85kg
@ around 600 $/kg to Glanbia(US).

| Type | Month | Port of Loading | Item Description | Quantity | UQC | Unit Rate in F | Cur | Unit Valu | Port of Discl | Country | Consignee Name | Exporter Name | Exporter_Contact_Pe |
|------|-------|-----------------|------------------|----------|-----|----------------|-----|-----------|---------------|---------|----------------|---------------|---------------------|
| Export | Jan--2019 | BANGALORE ACC (IN | UBIQUINOL ACETATE (ENQ10) BATCH NO #A221 | 5 | KGS | | 603 | USD | 42000 | NEW YORK | UNITED STATES | QUEST VITAMINS MIDDLE EAST FZE | ANTHEM BIOSCIENCES PRIVATI | AJAY BHARADWAI |
| Export | Feb--2019 | BANGALORE ACC (IN | UBIQUINOL ACETATE (ENQLO) | 1.15 | KGS | | 252.17 | USD | 17391.3 | NEW YORK | UNITED STATES | GLANBIA NUTRITIONALS | ANTHEM BIOSCIENCES PRIVATI | AJAY BHARADWAI |
| Export | Jun--2019 | BANGALORE ACC (IN | UBIQUNINOL ACETATE ENQ10 B/N: A221900087 | 2 | KGS | | 600 | USD | 41460.07 | NEW YORK | UNITED STATES | GLANBIA NUTRITIONALS NA | ANTHEM BIOSCIENCES PRIVATI | AJAY BHARADWAI |
| Export | Jun--2019 | BANGALORE ACC (IN | UBIQUNINOL ACETATE ENQ10 | 2 | KGS | | 610 | USD | 41500 | NEW YORK | UNITED STATES | GLANBIA NUTRITIONALS NA | ANTHEM BIOSCIENCES PRIVATI | AJAY BHARADWAI |
| Export | Sep--2019 | BANGALORE ACC (IN | UBIQUINOL ACETATE GLANBIA TRADE NAME | 40.5 | KGS | 610 | | USD | 42790.12 | NEW YORK | UNITED STATES | GLANBIA NUTRITIONALS NA LOKER | AJAY BHARADWAI | |
| Export | Sep--2019 | BANGALORE ACC (IN | UBIQUINOL ACETATE GLANBIA TRADE NAME ACTIQUIN | 40.5 | KGS | 603.55 | | USD | 42791.5 | NEW YORK | UNITED STATES | GLANBIA NUTRITIONALS NA LOKER | AJAY BHARADWAI | |
| Export | Apr--2019 | BANGALORE ACC (IN | FINE ORGANIC COMPOUND ENQ10 (UBIQUINOL ACETATE-REFERENCE STAND ARD BATCH NO : A31600731 | 0.5 | GMS | | 19.87 | USD | 1355 | NEW YORK | UNITED STATES | GLANBIA NUTRITIONALS | ANTHEM BIOSCIENCES PRIVATI | AJAY BHARADWAI |

© Kaneka Corporation All rights reserved.



# Glanbia offers highly bioavailable CoQ10 with cheaper manufacturing costs

**By Danielle Masterson** ↗
25-Oct-2019 - Last updated on 28-Oct-2019 at 20:23 GMT

RELATED TAGS: **Coq10**, **Glanbia**

**Through technology developed by Anthem Biosciences, Glanbia Nutritionals' latest offering is CoQ10 (ActiQuinol 10) in powdered Ubiquinol form. This allows for a more simplified manufacturing process while providing consumers with a more bioavailable form of the compound.**



The company said this method achieves a number of benefits, such as no sensitivity to oxygen exposure, no stabilizers needed, a consistently white in color powder format, and decreased manufacturing costs.

## Studies comparing ActiQuinol 10 to CoQ10 yielded positive results

A three-month stability study found that ActiQuinol 10 maintained 100% stability while standard Ubiquinol oxidized by 95%, leaving just 5% remaining. During the same time period, ActiQuinol 10 remained white in color while standard Ubiquinol turned yellow after only one day, making it less stable. ActiQuinol 10 is highly bioavailable, scoring around 3.9 times higher than Ubiquinone and about 1.11 times higher than standard Ubiquinol.

*"ActiQuinol 10 is an integral addition to our robust portfolio of bioactive solutions,"* said Josh Stewart, global product manager at Glanbia Nutritionals. *"It provides our customers with another scientifically backed and health beneficial ingredient to formulate into their products while also making the manufacturing process by which they do so much easier."*

ActiQuinol 10 can be formulated in tablets, capsules, or gummies. Durrell Washington, Glanbia's senior product marketing manager, told NutraIngredients-USA that the ingredient is ideal for any manufacturer currently formulating with or thinking of formulating with a CoQ10 powder. *"It allows for several improvements in the manufacturing process while also providing their customer base with a more bioavailable source of the material."*

## Health benefits

Clinical research focusing on substantiating the role of CoQ10 supplementation in the treatment or prevention of different indications has been very limited. However, research in assessing its potential role in cancer, anti-aging, and eye conditions has picked up in recent years. The growing awareness of its benefits is expected to offer lucrative opportunities in the coming years.

---

**WHITE PAPER**

## Restoridyn®: Discover the Benefits of Exercise Recovery + Gut Microbiome Support

A healthy microbiome may have an incredible impact on overall wellbeing. Exercise and a healthy gut barrier are keys to supporting a healthy balance with antioxidant support. Discover Restoridyn and the potential this synergistic blend offers for overall health... Click here

---

CoQ10 is widely used as a supplement for addressing cardiovascular issues and for alleviating statin-induced adverse effects. The compound is also marketed on its antioxidant benefits. The growing demand of such supplements and anti-aging products by older consumers is also expected to fuel coenzyme Q10 industry size. According to Global Market Insights, *"Worldwide the Coenzyme Q10 market was valued at $350 million in 2015 and will collect considerable revenue with an annual growth rate of more than 10% over the period of 2016 to 2024."*

Copyright - Unless otherwise stated all contents of this web site are © 2020 - William Reed Business Media Ltd - All Rights Reserved - Full details for the use of materials on this site can be found in the Terms & Conditions

RELATED TOPICS: **Suppliers, Healthy aging, Cardiovascular health**



# glanbia
## nutritionals

Who We Are

What We Do

Why Glanbia

SHARE

News & Insights

Contact

Us

Select your region

North America

Select your language

English

## A superiorly stable powder form of Ubiquinol CoQ10 that allows for improvements in manufacturing and oral bioavailability.

CoQ10 supplements are being purchased by 32%[1] of US consumers and is projected for steady growth in sales at 5.1%[2] for 2019. Known for its abilities to support essential cellular processes of energy production in the mitochondria, US based CoQ10 product launch positioning has centered around heart health with 5943 products launched with this focus over the past five years. Many of these supplement products however do not contain the most beneficial form of CoQ10, Ubiquinol. Only 8% of the products launched from 2013-2018 contained this potent form of CoQ10.[3] This creates a prime market opportunity for new CoQ10 supplement innovation with the addition of ActiQuinol 10. Allowing you to simplify your manufacturing processes while providing your customers with the most optimized form of CoQ10.

# Solving Your CoQ10 Manufacturing Challenges



**glanbia**
nutritionals

We Are

## What We Do

Reduction in overages provides an improvement in costs for various application formats.

## Why Glanbia

- Stable in tablet, gummy and capsule formulations.

## News & Insights

- Achieve higher loading content – increased Ubiquinol levels in tablet/capsule applications.

Lack of sensitivity to oxygen exposure allows for consistent stability to be obtained even when opening packaging multiple times.

Contact
us

- Ability to obtain cost savings through bulk purchasing.

Select your region

- No need for the inclusion of formulation stabilizers and crystallization processes.

North America

Select your language

- No special storage or manufacturing conditions required.

English

- White color lends itself to more visually appealing blends.



## Studies Show Positive Stability for ActiQuinol 10[4]

Who We Are

**ACTIQUINOL 10 IS MORE STABLE THAN STANDARD UBIQUINOL AFTER 3 MONTHS - ENCLOSED ENVIRONMENT**

What We Do



Why Glanbia

News & Insights

Contact Us

Select your region

- ActiQuinol 10 (Ubiquinol Acetate) was found to be stable even after three months.

North America

Select your language

- Standard Ubiquinol is unstable at normal atmospheric conditions and is oxidized by 95% in 3 months.

English

**ACTIQUINOL 10 IS MORE BIOAVAILABLE THAN UBIQUINONE AND STANDARD UBIQUINOL.**

**AUC of Ubiquinol**



Who We Are

What We Do

- ActiQuinol 10's bioavailability (plasma concentration of Ubiquinol) is ~3.9 times higher than Ubiquinone and ~1.11 times higher than standard Ubiquinol.

## ACTIQUINOL 10 IS VISUALLY MORE STABLE THAN UBIQUINOL OVER 3 MONTH PERIOD - OPEN ENVIRONMENT.



Select your region

North America

- ActiQuinol 10 (Ubiquinol Acetate) remained white in color throughout the 3 months, making it more stable.

Select your language

English

- Ubiquinol powder converted from white to yellow after only 1 day, making it less stable.

1. GN Global Supplements Survey, May 2017.



2. US Retail Sales: NBJ, Supplement Business Report, May 2019.

3. Innova database, August 2019.

4. Glanbia study, Data on file.

Who We Are

What We Do

**Connect with a Glanbia Nutritionals expert to find the best solution for you.**

Why Glanbia

Contact Us

News & Insights

Contact Us

Select your region

North America

Select your language

English

WHO WE ARE

**Our Expertise**

**Locations**

**Social Responsibility**

**Careers**

WHAT WE DO