# **<u>EXHIBIT D</u>**

Page 1 of 2


BioSciences

**Anthem Biosciences Pvt. Ltd.**
49, Canara Bank Road,
Bommasandra Industrial Area, Phase - I
Hosur Road, Bengaluru - 560 099. INDIA
CIN : U24233KA2006PTC039703
Tel : +91 80 6672 4000
Fax : +91 80 6672 4020
www.anthembio.com

## CERTIFICATE OF ANALYSIS

Item                 : Ubiquinol acetate (EnQ10)
Batch Number         : A31600327
A.R. No.             : AR516000057
Batch size           : 5.07 kg
Manufacturer         : Anthem Biosciences Pvt. Ltd
Date of Manufacture  : April-2016
Retest Date          : 02/05/2019
Storage condition    : Store between 2°C – 8°C in a well closed container.

| Sl.No. | Tests | Results | Limits |
|---|---|---|---|
| 1 | Appearance | Off white solid | White to off-white solid |
| 2 | Melting range | 46.6°C to 50.7° | 46°C to 52°C |
| 3 | Solubility | Very soluble in toluene and ethyl acetate | Very soluble in toluene and ethyl acetate. |
|   |   | Freely soluble in hexane. | Freely soluble in hexane. |
|   |   | Sparingly soluble in ethanol | Sparingly soluble in ethanol. |
|   |   | Very slightly soluble in methanol | Very slightly soluble in methanol |
|   |   | Practically insoluble in water | Practically insoluble in water |
| 4 | Identification (By IR) | Complies | Should comply with that of standard |
| 5 | Purity by HPLC (area %) | 98.9 % | Not less than 98.0 % |
|   | Single individual impurity | RRT at 1.08 = 0.18% | Not more than 1.0 % |
|   | Ubiquinone | 0.45 % | Not more than 1.0 % |
| 6 | Assay (By HPLC) (% w/w) | 98.4 % | Between 98.0% to 102.0% |
| 7 | Water content (By KF) | 0.11 % | Not more than 0.5 % |
| 8 | Residue on ignition | 0.10 % | Not more than 0.2 % |
| 9 | Heavy Metal | Less than 10 ppm | Not more than 10 ppm |
| 10 | Residual solvents (By GC-HS) | | |
|   | Ethanol | 1 ppm | Not more than 500 ppm |
|   | Pyridine | 0.14 ppm | Not more than 200 ppm |
|   | n-heptane | 14 ppm | Not more than 100 ppm |
| 11 | Acetic acid content by GC | 11 ppm | Not more than 500 ppm |

| Prepared by: Quality control | Checked by: Quality control | Approved by: Quality Assurance |
|---|---|---|
| Signature: Manu 27/05/2016 | Signature: | Signature: |
| Date: (dd/mm/yyyy) | Date: (dd/mm/yyyy) | Date: (dd/mm/yyyy) 27/05/2016 |

Attachment 7

Anthem
Biosciences

## INGREDIENT COMPOSITION STATEMENT

| Sl. No. | Ingredients | Category |
|---------|-------------|----------|
| 1 | Ubiquinone | Starting material |
| 2 | n-Heptane | Solvent |
| 3 | Ethanol | Solvent |
| 4 | Purified water | Solvent |
| 5 | Zinc dust | Raw material |
| 6 | Acetic anhydride | Raw material |
| 7 | Pyridine | Raw material |
| 8 | Celite | Raw material |
| 9 | Sodium sulphate | Raw material |
| 10 | Acetic acid | Solvent |

For Anthem Biosciences Pvt. Ltd.,

Manisha Naresh
General Manager – Head QA & RA

Attachment 8



## MANUFACTURING PROCESS FLOW



## MANUFACTURING PROCESS DESCRIPTION

### Stage 1: Reduction

The suspension of Coenzyme Q10 in n-heptane was reduced with reducing agent. Then, the reaction mixture was filtered through celite bed and the filtrate was washed with water. The resulting filtrate was dried with sodium sulphate and filtered through Nutsche filter. The organic layer contains Ubiquinol was as such taken for acetylation reaction.

### Stage 2: Acylation

Ubiquinol was acetylated with acetic anhydride in the presence of base between 25°C to 30°C for 12 hours. The reaction mixture was quenched with water and the organic layer was separated. The organic layer was concentrated completely under reduced pressure and the residue was suspended with ethanol. The suspension was filtered and dried to obtain Ubiquinol acetate as off-white solid.