# EXHIBIT E

# EXHIBIT E

| Claim 14 of U.S. Patent No. 7,145,044 | Accused Process |
|---|---|
| A method of producing reduced coenzyme $Q_{10}$ | The accused process is a process for producing reduced coenzyme $Q_{10}$ |
| which comprises using at least one species selected from among hydrocarbons exclusive of hexane, fatty acid esters and nitriles as a solvent in synthesizing reduced coenzyme $Q_{10}$ by reduction of oxidized coenzyme $Q_{10}$ and thereby protecting reduced coenzyme $Q_{10}$ from oxidation. | The accused process uses the solvent N-heptane, which is a solvent selected from among hydrocarbons exclusive of hexane, fatty acid esters, and nitrates. <br><br> N-heptane, together with a reducing agent, is used in the accused process to reduce coenzyme $Q_{10}$ to produce Ubiquinol Acetate. <br><br> Defendant Glanbia, in its advertising, admits that its ActiQuinol product "has a lack of sensitivity to oxygen exposure for consistent stability,"[1] meaning that the reduced coenzyme $Q_{10}$ is protected from oxidation. |

---

[1] https://www.glanbianutritionals.com/en/actiquinol10

Exhibit E, Page 1

9238774.2

| Claim 17 of U.S. Patent No. 7,145,044 | Accused Process |
|---|---|
| A method for preparing reduced coenzyme $Q_{10}$ | The accused process is a process for producing reduced coenzyme $Q_{10}$ |
| which comprises using a hydrocarbon and/or an ether as a solvent in a deoxygenated atmosphere in synthesizing reduced coenzyme $Q_{10}$ by reduction of oxidized coenzyme $Q_{10}$ and thereby protecting reduced coenzyme $Q_{10}$ from oxidation. | The accused process uses the solvent N-heptane, which is a hydrocarbon, along with a reducing agent, to reduce oxidized coenzyme $Q_{10}$ to produce reduced coenzyme $Q_{10}$.<br><br>Upon information and belief, the accused process uses a deoxygenated atmosphere when producing reduced coenzyme $Q_{10}$. |

Exhibit E, Page 2

9238774.2

| Claim 1 of U.S. Patent No. 7,829,080 | Accused Product |
|---|---|
| A method for stabilizing reduced coenzyme $Q_{10}$, which method comprises | The accused process is a process for producing reduced coenzyme $Q_{10}$.<br><br>Defendant Glanbia, in its advertising, admits that its ActiQuinol product "has a lack of sensitivity to oxygen exposure for consistent stability,"[2] meaning that the reduced coenzyme $Q_{10}$ is protected from oxidation, *i.e.,* that it is stable. |
| preparing a reduced coenzyme $Q_{10}$-containing composition comprising reduced coenzyme $Q_{10}$ and one or both of (a) and (b):<br><br>(a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$, and<br><br>(b) reduced coenzyme $Q_{11}$, | The accused process results in a composition containing reduced coenzyme $Q_{10}$, and<br><br><br><br><br><br><br><br>Tests conducted by Plaintiff on the accused product showed that the product contained 0.267 wt % $Q_{11}$. |

---

[2] https://www.glanbianutritionals.com/en/actiquinol10

Exhibit E, Page 3

9238774.2

| | |
|---|---|
| wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and | Defendant Anthem Biosciences Private Limited's Certificate of Analysis for the accused product shows that the amount of reduced coenzyme $Q_{10}$ in the composition is 98.4%. |
| wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %, thereby stabilizing reduced coenzyme $Q_{10}$. | Defendant Anthem Biosciences Private Limited's Certificate of Analysis for the accused product shows that the amount of reduced coenzyme $Q_{10}$ in the composition is 98.4%. |

9238774.2

| Claim 5 of U.S. Patent No. 7,829,080 | Accused Product |
| --- | --- |
| A reduced coenzyme $Q_{10}$-containing composition comprising reduced coenzyme $Q_{10}$ and one or both of (a) and (b):<br><br>a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$, and<br><br>(b) reduced coenzyme $Q_{11}$ | The accused product is Ubiquinol Acetate, which is reduced coenzyme $Q_{10}$.<br><br>Tests conducted by Plaintiff on the accused product showed that the product contained 0.267 wt % $Q_{11}$. |
| wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and | Defendant Anthem Biosciences Private Limited's Certificate of Analysis for the accused product shows that the amount of reduced coenzyme $Q_{10}$ in the composition is 98.4%. |
| wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %. | Defendant Anthem Biosciences Private Limited's Certificate of Analysis for the accused product shows that the amount of reduced coenzyme $Q_{10}$ in the composition is 98.4%. |

Exhibit E, Page 5

9238774.2

| Claim 15 of U.S. Patent No. 7,829,080 | Accused Product |
|---|---|
| A method for producing a reduced coenzyme $Q_{10}$-containing composition, which method comprises | The accused process is a process for producing reduced coenzyme $Q_{10}$. |
| providing a composition comprising oxidized coenzyme $Q_{10}$ with one or both of oxidized coenzyme $Q_9$ and oxidized coenzyme $Q_{11}$, | The accused process uses a reducing agent to reduce oxidized coenzyme $Q_{10}$.<br><br>Tests conducted by Plaintiff on the accused product showed that the product contained 0.267 wt % $Q_{11}$. |
| and then reducing oxidized coenzyme $Q_{10}$ and reducing one or both of oxidized coenzyme $Q_9$ and oxidized coenzyme $Q_{11}$ to prepare the reduced coenzyme $Q_{10}$-containing composition, | The accused process uses a reducing agent to reduce oxidized coenzyme $Q_{10}$, and, during that reaction, the coenzyme $Q_9$ and/or oxidized coenzyme $Q_{11}$ also is reduced. |
| wherein the composition comprises reduced coenzyme $Q_{10}$ and one or both of (a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$ and (b) reduced coenzyme $Q_{11}$, | Defendant Anthem Biosciences Private Limited's Certificate of Analysis for the accused product shows that the amount of reduced coenzyme $Q_{10}$ in the composition is 98.4%.<br><br>Tests conducted by Plaintiff on the accused product showed that the product contained 0.267 wt % $Q_{11}$. |

9238774.2

| | |
|---|---|
| wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and | Defendant Anthem Biosciences Private Limited's Certificate of Analysis for the accused product shows that the amount of reduced coenzyme $Q_{10}$ in the composition is 98.4%. |
| wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %. | Defendant Anthem Biosciences Private Limited's Certificate of Analysis for the accused product shows that the amount of reduced coenzyme $Q_{10}$ in the composition is 98.4%. |

9238774.2