**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

KANEKA CORPORATION,
A Japanese Corporation

Plaintiff,

*v.*

GLANBIA NUTRITIONALS, INC.,
A Delaware Corporation,

and

ANTHEM BIOSCIENCES PRIVATE LIMITED, An Indian Company,

Defendants.

C.A. No. 20-232-RGA

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Kaneka Corporation ("Kaneka"), by and through its undersigned counsel, hereby files this Notice of Voluntary Dismissal of Defendants Glanbia Nutritionals, Inc. and Anthem Biosciences Private Limited pursuant to Federal Rule of Civil Procedure 41(a)(1) and hereby dismisses all claims in this action without prejudice and with each party to bear its own costs, expenses and attorneys' fees.

March 9, 2020

OF COUNSEL:

Keith D. Nowak
William F. Sondericker
Gerald W. Griffin
CARTER LEDYARD & MILBURN, LLP
Two Wall Street
New York, New York 10005
(212) 238-8610

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Kaneka Corporation*

IT IS SO ORDERED this __________ day of March, 2020.

______________________________
United States District Judge